1

2

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

| | |
|---|---|
| MANUEL SHOTWELL, ) | 1:04-cv-06496-OWW-TAG HC |
| ) | |
| Petitioner, ) | |
| ) | STIPULATION AND ORDER FOR |
| vs. ) | SUBSTITUTION OF ATTORNEYS |
| ) | |
| A.A. LaMARQUE, ) | |
| ) | |
| Respondent. ) | |

16

17

18

19

        Petitioner, Manuel Shotwell, hereby consents to the substitution of Katherine Hart,

Attorney at Law, as his attorney of record in the above-entitled action, in place and instead of

Mark Ament, Office of the Federal Defender.

        The undersigned hereby consent to the above substitution.

20

21

DATED: 3/24/05                                /s/ Manuel Shotwell
                                                          MANUEL SHOTWELL

22

23

DATED: 3/24/05                                /s/ Katherine Hart
                                                          KATHERINE HART, Attorney at Law

24

DATED: 4/7/05                                  /s/ Marc Ament
                                                          MARC AMENT, Attorney at Law

25

26

27

        Good cause appearing therefore, the substitution of Katherine Hart, Attorney at Law,

for Marc C. Ament, Office of the Federal Defender, as attorney of record for Petitioner

///

28

1   Manuel Shotwell, is so ordered.  This Order is effective nunc pro tunc to April 11, 2005.

2

3
    IT IS SO ORDERED.
4
    **Dated:    May 3, 2005**                        **/s/ Theresa A. Goldner**
5   j6eb3d                                        UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28