UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL SHOTWELL, ) | 1:04-cv-06496-OWW-TAG HC |
| Petitioner, ) | ORDER GRANTING PETITIONER'S REQUEST TO WITHDRAW MOTION FOR VOLUNTARY DISMISSAL (Doc. 17) |
| v. ) | |
| A. A. LaMARQUE, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 18, 2004, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Northern District of California, which, by order dated October 27, 2004, transferred the case to the United States District Court for the Eastern District of California; on November 2, 2004, the petition was filed in the Eastern District of California. (Doc. 1). On December 13, 2004, Petitioner filed a motion to voluntarily dismiss the petition in order to exhaust unexhausted claims in state court. (Doc. 7).

On February 22, 2005, the Court appointed counsel for Petitioner. (Doc. 9). On May 25, 2005, Petitioner filed a motion to stay proceedings pursuant to Rhines v. Weber, 125 S.Ct. 1525 (2005). (Doc. 15). On June 27, 2005, the Court granted that motion, but requested that Petitioner

1

advise the Court regarding the still-pending motion for voluntary dismissal. (Doc. 16). On July 15, 2005, Petitioner filed the instant request to withdraw the motion for voluntary dismissal. (Doc. 17).

### **ORDER**

Accordingly, GOOD CAUSE appearing therefore, it is HEREBY ORDERED that Petitioner's request to withdraw the motion for voluntary dismissal filed on December 13, 2004, (Doc. 17), is GRANTED. The motion for voluntary dismissal (Doc. 7), is DEEMED WITHDRAWN as of the date of this Order.

IT IS SO ORDERED.

**Dated:   July 25, 2005**                              **/s/ Theresa A. Goldner**
j6eb3d                                                    UNITED STATES MAGISTRATE JUDGE

2