UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL SHOTWELL, | ) | 1:04-cv-6496-OWW-TAG HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| A. A. LaMARQUE, | ) | (Doc. 27) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with counsel in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 20, 2006, petitioner filed a request to extend time to file an amended petition. Good cause having been presented to the court, IT IS HEREBY ORDERED that:

Petitioner's motion for extension of time (Doc. 27), is GRANTED, and Petitioner shall have thirty (30) days from the date of service of this order within which to file an amended petition.

IT IS SO ORDERED.

Dated:   **June 2, 2006**                           **/s/ Theresa A. Goldner**
**j6eb3d**                                         UNITED STATES MAGISTRATE JUDGE