# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| MANUEL SHOTWELL, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> A.A. LAMARQUE, ) <br> ) <br> Respondents. ) | 1:04-CV-06496 LJO JMD (HC) <br><br> ORDER DIRECTING EXPANSION OF THE RECORD |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant Amended Petition on June 29, 2006. On September 19, 2006, Respondent filed its Answer to Petitioner's Amended Petition. On January 21, 2007, Petitioner filed a Traverse to Respondent's Answer.

Rule 7 of the Federal Rules Governing §2254 Cases, a federal court, either on a party's motion or sua sponte, "may direct that the record be expanded by the parties by the inclusion of additional materials relevant to the determination of the merits of the petition." Habeas Rule 7 is a "simplifying procedure" designed to "minimize the burden to all concerned" of the fact

1

development process.  <u>Murray v. Carrier</u>, 477 U.S. 478, 487 (1986).

     Under Rule 7, "affidavits may be submitted and considered as part of the record." Habeas Rule 7; <u>Schlup v. Delo</u>, 513 U.S. 298, 309-10 and n. 18 (1996).  If affidavits are accepted and admitted by the Court, "any party shall have the right to propound written interrogatories to the affiants, or to file answering affidavits."  28 U.S.C. §2246.

     In the instant case, the Court has reviewed the record and has concluded that it is incomplete with respect to claim three of Petitioner's Amended Petition.[1]  Pursuant to Habeas Rule 7, the Court hereby ORDERS Respondent to provide within sixty (60) days an affidavit of Petitioner's trial counsel describing what, if any, investigation trial counsel made into Petitioner's mental condition, and explaining trial counsel's decision not to pursue a mental defense in Petitioner's case.  The Court further ORDERS Petitioner to file any response to this affidavit within thirty (30) days of the filing of Respondent's affidavit.

IT IS SO ORDERED.

**Dated:   March 14, 2008**                              **/s/ John M. Dixon**
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] "Claim 3: Petitioner Was Deprived of the Effective Assistance of Counsel in (a) the Failure to Request a Competency Hearing and (b) the Failure to Investigate Petitioner's Mental Disorder and thereby Establish a Mental Defense to the Crime."  Amended Petition at 9.