# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL SHOTWELL, | 1:04-CV-06496 LJO JMD HC |
| Petitioner, | SUPPLEMENT ORDER SCHEDULING EVIDENTIARY HEARING (Doc. 49). |
| v. | |
| MIKE EVANS, | |
| Respondent. | |

Petitioner Manuel Shotwell ("Petitioner") is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 26, 2008, the Court ordered an evidentiary hearing, scheduled for April 27, 2009. The Court further directs that Respondent and Petitioner submit a joint statement estimating the expected duration of the evidentiary hearing and detailing the number of witnesses to be called by both sides.

Accordingly, the Court HEREBY ORDERS that the Respondent and Petitioner submit a joint statements within thirty (30) days from service of this order.

IT IS SO ORDERED.

**Dated:   February 6, 2009**            /s/ John M. Dixon
                                         UNITED STATES MAGISTRATE JUDGE