UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL SHOTWELL, | ) | 1:04-cv-6496-LJO-JMD-HC |
| | ) | |
| Petitioner, | ) | ORDER REQUIRING RELEASE OF RECORDS |
| | ) | |
| v. | ) | |
| | ) | |
| A. A. LaMARQUE, | ) | |
| | ) | |
| Respondent. | ) | |

# **ORDER**

Good cause appearing, it is hereby ordered as follows:

That the Kern County Superior Court Clerk's Office is hereby ordered to allow counsel for Petitioner, KATHERINE HART, Attorney at Law, and counsel for Respondent, JOHN A. BACHMAN, Deputy Attorney General, access to any sealed medical information concerning MANUEL SHOTWELL contained in Kern County Superior Court Case SC 083736, Kern County Superior Court Case BF087458A, and Kern County Juvenile Court Case 5476510, Court Order No. 75140-02;

The Clerk of the Kern County Superior Court is directed to allow counsel to review and photocopy any sealed medical information concerning MANUEL SHOTWELL located in the above-identified files;

1 | The medical information released to KATHERINE HART and to JOHN A.
2 | BACHMAN is not to be released to any other parties except those necessary to the
3 | litigation of this habeas petition .

6 | IT IS SO ORDERED.

7 | **Dated:   February 26, 2009**          /s/ John M. Dixon
                                              UNITED STATES MAGISTRATE JUDGE