IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL SHOTWELL, | ) | 1:04-cv-06496- LJO-JMD (HC) |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER REGARDING PLAINTIFF** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY ORDERED THAT the Plaintiff, Manuel Shotwell, CDC# T-57486, may be returned to his facility, because the evidentiary hearing in the above matter has concluded.

IT IS SO ORDERED.

**Dated:   April 28, 2009**            /s/ John M. Dixon
                          UNITED STATES MAGISTRATE JUDGE