# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL SHOTWELL, | ) | 1:04-cv-6496-LJO-JMD-HC |
| | ) | |
| Petitioner, | ) | ORDER AUTHORIZING PAYMENT OF WITNESS FEES |
| | ) | |
| v. | ) | |
| | ) | |
| A. A. LaMARQUE, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On April 27, 2009, the Court conducted an evidentiary hearing at which Michael Lukehart, Edward Shotwell, and Doris Shotwell testified. Good cause having been shown, the Court finds that payment of witness fees is appropriate.

Accordingly, the Court HEREBY ORDERS payment by the U.S. Marshals, pursuant to 28 U.S.C. § 1825(b), of Michael Lukehart, Edward Shotwell, and Doris Shotwell as follows:

1) Michael Lukehart, statutory witness fee of $40.00 plus 220 miles round trip from Bakersfield, Ca. to Fresno, Ca. @ .55 cents per mile ($121.00). Total cost: $161.00.

2) Doris Shotwell, statutory witness fee of $40.00 ;

3) Edward Shotwell, statutory witness fee of $40.00 plus 220 miles round trip from Bakersfield, Ca. to Fresno, California @ .55 cents per mile ($121.00). Total cost: $161.00.

IT IS SO ORDERED.

**Dated:     April 28, 2009                          /s/ John M. Dixon**

1         UNITED STATES MAGISTRATE JUDGE