UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL SHOTWELL, | ) | 1:04-cv-6496-LJO-JMD-HC |
| Petitioner, | ) | ORDER SETTING BRIEFING SCHEDULE |
| v. | ) | |
| A. A. LaMARQUE, | ) | |
| Respondent. | ) | |

On April 27, 2009, the Court conducted an evidentiary hearing concerning Petitioner's ineffective assistance of counsel claim. At the conclusion of the hearing, the Court requested that the parties submit briefs addressing the evidence presented at the April 27 hearing.

Accordingly, it is HEREBY ORDERED that:

1) Petitioner shall file its brief within fifty days of receiving notice that the transcript of the April 27, 2009 hearing is available; and

2) Respondent shall file its brief within fifty days of the filing of Petitioner's trial brief.

IT IS SO ORDERED.

**Dated:   April 30, 2009**          /s/ John M. Dixon
                               UNITED STATES MAGISTRATE JUDGE