UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL SHOTWELL, | ) | 1:04-cv-6496-LJO-JMD-HC |
| | ) | |
| Petitioner, | ) | ORDER DIRECTING PAYMENT OF |
| | ) | REPORTER'S FEES BY UNITED STATES |
| v. | ) | MARSHAL |
| | ) | |
| A. A. LaMARQUE, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Court conducted an evidentiary hearing in this matter on April 27, 2009. On August 10, 2009, Petitioner filed an affidavit declaring that he is indigent and unable to pay costs and fees associated with prosecuting his petition. (Doc. 65); *see* 28 U.S.C. 1915(a)(1).

Good cause having been shown, the Court HEREBY ORDERS payment by the United States Marshal of the Reporter's fees incurred in providing Petitioner with a copy of the transcript of the April 27, 2009 evidentiary hearing pursuant to 28 U.S.C. § 753(f).

IT IS SO ORDERED.

**Dated:   August 13, 2009**          **/s/ John M. Dixon**
UNITED STATES MAGISTRATE JUDGE