UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL SHOTWELL, ) | 1:04-CV-6496 LJO DLB HC | |
| ) | | |
| Petitioner, ) | | |
| ) | ORDER DENYING CERTIFICATE OF | |
| v. ) | APPEALABILITY | |
| ) | [DOC. 76] | |
| ) | | |
| MIKE EVANS, ) | | |
| ) | | |
| Respondent. ) | | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Following an evidentiary hearing held on April 27, 2009, the Magistrate Judge issued a Findings and Recommendation ("F&R") recommending that the petition be denied with prejudice. (Doc. 68). Petitioner filed objections to the F&R on March 24, 2010. (Doc. 69).

On April 12, 2010, the Court issued an Order adopting the F&R in part but additionally referred the matter to the Magistrate Judge for the limited purpose of expanding the record. (Doc. No. 70). On March 30, 2011, the Magistrate Judge issued an order directing Petitioner to submit additional evidence in support of his claim. (Doc. No. 71). On June 21, 2011, Petitioner's counsel filed a response that indicated Petitioner had no further relevant evidence to offer to support his claim. (Doc. No. 73). On June 30, 2011, the Court entered an order adopting the Magistrate Judge's Findings and Recommendations and dismissing Petitioner's application for a writ of habeas corpus. (Doc. 74). Judgment was entered on June 30, 2011. (Doc. 75). On June 30, 2011, Petitioner filed

the instant motion for issuance of a certificate of appealability. (Doc. 76).

A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances. Miller-El v. Cockrell, 531 U.S. 322, 336 (2003). The controlling statute in determining whether to issue a certificate of appealability is 28 U.S.C. §2253, which provides that a circuit judge or judge may issue a certificate of appealability where "the applicant has made a substantial showing of the denial of a constitutional right." Where the court denies a habeas petition, the court may only issue a certificate of appealability "if jurists of reason could disagree with the district court's resolution of his constitutional claim or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El, 537 U.S. at 326; Slack v. McDaniel, 529 U.S. 473, 484 (2000). While the Petitioner is not required to prove the merits of his case, he must demonstrate "something more than the absence of frivolity or the existence of mere good faith on his . . . part." Miller-El, 537 U.S. at 338. In the present case, the Court finds that reasonable jurists would not find the Court's determination that Petitioner is not entitled to federal habeas corpus relief debatable; thus Petitioner's claim is not deserving of encouragement to proceed further. Petitioner has not made the required substantial showing of the denial of a constitutional right.

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for a Certificate of Appealability (Doc. 76), is DENIED.

IT IS SO ORDERED.

**Dated:     July 1, 2011                /s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE