UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL SHOTWELL, | ) | 1:04-cv-06496 LJO DLB (HC) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL and DIRECTING CLERK TO SERVE THE COURT OF APPEALS |
| v. | ) | |
| MIKE EVANS, | ) | |
| | ) | (Doc. 81) |
| Respondent. | ) | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 30, 2011, judgment was entered denying the petition for writ of habeas corpus. On July 12, 2011, petitioner filed a notice of appeal. On July 21, 2011, Petitioner filed an order and request for a waiver of filing fees on appeal which the Court interprets as an application to proceed in forma pauperis. See Doc. 81. Examination of the declaration provided by Petitioner reveals that he is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

Dated:   **July 22, 2011**                    **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE